MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

EDWARD R. FLUET (CABN 247203)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5037
    FAX: (408) 535-5066
    E-mail: edward.fluet@usdoj.gov

Attorneys for United States of America



FILED

NOV 20 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SILVERIO LOPEZ-PEREZ,<br>    Defendant. | CASE NO. CR 13-00737 EJD<br><br>STIPULATION AND [PROPOSED] ORDER |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this Order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 14, 2013, up to and including December 2, 2013.

    The parties agree, and the Court finds and holds, as follows:

    1.    The defendant has been provided discovery by the government and requires time to review the documents provided.

    2.    The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for the exclusion of time under the Speedy Trial Act.

    3.    The Court finds that the ends of justice served by excluding the period from November

14, 2013, up to and including December 2, 2013, outweigh the best interest of the public and the defendant in a speedy trial and ensure effective preparation of counsel. 18 U.S.C. § 3161(b), (h)(7)(A) and (B).

4. Accordingly, and with the consent of the defendant, the Court orders that the period from November 14, 2013 up to and including December 2, 2013 be excluded under the Speedy Trial Act calculations under 18 U.S.C. § 3161(b), (h)(7)(A) and (B)(iv).

STIPULATED:

DATED: November 19, 2013

/s/
VARELL FULLER
Attorney for Defendant SILVERIO LOPEZ-PEREZ

DATED: November 19, 2013

/s/
EDWARD FLUET
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: November 19, 2013

HOWARD R. LLOYD
United States Magistrate Judge